**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Raymond C. JOHNSON, Defendant-Appellant.**

**No. 80–3821.**

United States Court of Appeals, Fifth Circuit. Unit A

July 2, 1981.

Rehearing Denied Aug. 19, 1981.

Kenneth Michael Wright, Lake Charles, La., for defendant-appellant.

Dosite H. Perkins, Jr., Asst. U. S. Atty., Shreveport, La., Gregory K. Moroux, Asst. U. S. Atty., Lafayette, La., for plaintiff-appellee.

Before BROWN and GARZA, Circuit Judges, and PETER H. BEER *, District Judge.

* District Judge of the Eastern District of Louisiana, sitting by designation.

PER CURIAM:

The proof of the F.D.I.C. insured status of the bank was sparse as, unfortunately, it too often is. *See United States v. Maner,* 611 F.2d 107, (5th Cir. 1980).

Nevertheless it was sufficient to sustain the guilty verdict and conviction. The other asserted errors relating to the admissibility or adequacy of the proof to show violation of 18 U.S.C.A. § 1014 are without merit.

AFFIRMED.